**Liddell WILSON, Movant/Appellant,**

v.

**STATE of Missouri,
Plaintiff/Respondent.**

**No. 59769.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 10, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 8, 1992.

Application to Transfer Denied
June 2, 1992.

James S. McKay, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).